IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wright-Haynes, Bertha R | Case Number: 05 B 63754 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/3/08 | Filed: 12/5/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:  July 18, 2008
Confirmed:  January 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,620.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,485.80 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,389.00 |
| Trustee Fee: |  | 217.74 |
| Other Funds: |  | 527.46 |
| Totals: | 4,620.00 | 4,620.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,389.00 | 2,389.00 |
| 2. | AmeriCash Loans, LLC | Unsecured | 646.30 | 646.30 |
| 3. | Pay Day Loans | Unsecured | 350.00 | 350.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 489.50 | 489.50 |
| 5. | Department Of Employment Security | Unsecured | | No Claim Filed |
| 6. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 7. | National Quick Cash | Unsecured | | No Claim Filed |
| 8. | Northwestern Dental Center | Unsecured | | No Claim Filed |
| 9. | Uptown Cash | Unsecured | | No Claim Filed |
| 10. | Sun Cash Of WI | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,874.80 | $ 3,874.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 29.97 |
| 5% | 11.85 |
| 4.8% | 22.68 |
| 5.4% | 153.24 |
| | _____ |
| | $ 217.74 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wright-Haynes, Bertha R | Case Number: 05 B 63754 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/3/08 | Filed: 12/5/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

